■ THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, v. ARNOLD HARRES, Defendant.— Application denied as insufficient and for failure of compliance with CPLR 7002 (subd. [c]). Herlihy, P. J., Staley, Jr., Sweeney, Kane and Reynolds, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. HARRY W. YATES, Petitioner, v. JOSEPH WASSER, as Sheriff of Sullivan County, Respondent.— Application for writ of habeas corpus pursuant to CPLR 7002 (subd. [b], par. 2) denied as insufficient on its face. Herlihy, P. J., Staley, Jr., Cooke, Sweeney and Main, JJ., concur.

■ AUGUST BOHL CONTRACTING COMPANY, INC. et al., Respondents-Appellants, v. DEPOT CONSTRUCTION CORPORATION et al., Appellants-Respondents, and THE PEOPLE OF THE STATE OF NEW YORK, Defendant.— Motion granted insofar as it seeks to strike pages A24–43 and A52–59 from respondents-appellants' appendix; and denied in all other respects, without costs. Responsibility for the costs of the supplemental appendix filed by appellants-respondents shall be made when the appeal is decided on the merits (see CPLR 5528, subd. [e]). Staley, Jr., J. P., Cooke, Sweeney, Kane and Main, JJ., concur.